H. RAY PAIGE, Respondent, v. ALEXANDER FAURE, Appellant.— Judg-

ment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Shearn, J., dissented.